DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

12 JUNE 2013

| 070P13 | State v. Rodney Lamont Fraley, Sr. | 1. Def's NOA Based Upon a Constitutional Question (COA12-832) | 1. - - - |
| | | 2. Def's PDR Under N.C.G.S. § 7A-31 | 2. Denied |
| | | 3. State's Motion to Dismiss Appeal | 3. Allowed |
| 072P13 | Maurice L. Alcorn, Jr. v. Hazel Bland, Susan Norman, and Linda Haymes | Plt's PWC to Review Decision of COA (COA12-613) | Denied |
| 088P11-2 | State v. Stephen Eric Snipes | 1. Def's NOA Based Upon a Constitutional Question (COA12-542) | 1. - - - |
| | | 2. Def's PDR Under N.C.G.S. § 7A-31 | 2. Denied |
| | | 3. State's Motion to Dismiss Appeal | 3. Allowed |
| 091P13 | State v. Charlayne Annette Crawford | Def's PDR Under N.C.G.S. § 7A-31 (COA12-565) | Denied |
| 095P13 | Jim Andrews, Roxian Andrews, Tracy Baker, Clay Baker, Sondra Bradford, Rob Bradford, Christopher Chin, Emily Snapp, Joseph Coniglio, Sydell Coniglio, Daniel Efenecy, Carol Efenecy, Mike Failor, Kathy Failor, John Famolari, Bonnie Famolari, Royce Harmon, Melinda Harmon, Angela Hosking, Jeffrey Scott Hosking, Mike Lincoln, Wendi Lincoln, Greg Miller, Kim Miller, Candice Northrup, Mike Patterson, Kathy Patterson, Katie Patterson, Dixie Patterson, Winston D. Patterson, Poplar Ridge Farm, Mark Skinner, Holly Skinner, James Stitt, Susan Stitt, Patricia Stitt, Dana Wilson, and Hal Wilson, Individually v. Michael Roy Land | Plt's PDR (COA12-847) | Denied<br><br>**Beasley, J., Recused** |